AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 17-CV-00762-STV

**PROOF OF SERVICE**
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO
2017 APR 11 PM 2:55
JEFFREY P. COLWELL
BY_____DEP. CLK

This summons for *(name of individual and title, if any)* Specialized Loan Servicing, LLC
was received by me on *(date)* 4-3-2017.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Mike Mirrione, who is designated by law to accept service of process on behalf of *(name of organization)* Specialized Loan Servicing, LLC on *(date)* 4-3-2017 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ 0 for travel and $ 10.00 for services, for a total of $ 10.00.

I declare under penalty of perjury that this information is true.

Date: 4-3-17

*Server's signature*

Lisa Bieler
*Printed name and title*

16917 Dancing Deer Dr. Littleton CO, 80127
*Server's address*

Additional information regarding attempted service, etc:

Received by: _____ Date: 4-3-17
Print Name: Mike Mirione

# UNITED STATES DISTRICT COURT
for the

**Plaintiff(s):** ANDREA C. JOHNSTON

v.

**Defendant(s):** COMPUTERSHARE, INCORPORATED and SPECIALIZED LOAN SERVICING, LLC

Civil Action No. 17-CV-00762-STV

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

SPECIALIZED LOAN SERVICING, LLC
8742 LUCENT BLVD, SUITE 300
HIGHLANDS RANCH, CO 80129

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDREA C. JOHNSTON
6217 SOUTH STERNE PARKWAY
LITTLETON, CO 80120

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 3/27/2017

*Signature of Clerk or Deputy Clerk*