# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Case No. 17-cv-00762-STV

ANDREA C. JOHNSTON,

    Plaintiff,

v.

COMPUTERSHARE, INCORPORATED, AND
SPECIALIZED LOAN SERVICING, LLC,

    Defendants.

## NOTICE OF ENTRY OF APPEARANCE OF JENNIFER S. HARPOLE

Please take notice that Jennifer S. Harpole, of the law firm Littler Mendelson, P.C., enters her appearance on behalf of Defendants Computershare, Incorporated, and Specialized Loan Servicing, LLC. Ms. Harpole certifies that she is a member in good standing of the bar of this Court.

Dated: April 20, 2017.

    *s/ Jennifer S. Harpole*
    Jennifer S. Harpole
    LITTLER MENDELSON, P.C.
    1900 Sixteenth Street, Suite 800
    Denver, CO  80202
    Telephone:  303.629.6200
    Facsimile:  303.629.0200
    E-mail:  jharpole@littler.com

    ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of April, 2017 a true and correct copy of the foregoing **NOTICE OF ENTRY OF APPEARANCE OF JENNIFER S. HARPOLE** was filed and served via CM/ECF and U.S. Mail, postage prepaid on the following:

>Andrea C. Johnston
>6217 South Sterne Parkway
>Littleton, CO 80120
>720-447-2039
>*Plaintiff, pro se*

>*s/Arlene Aguilar*
>Arlene Aguilar

Firmwide:147204436.1 999999.5818