## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Case No. 17-cv-00762-STV

ANDREA C. JOHNSTON,

    Plaintiff,

v.

COMPUTERSHARE, INCORPORATED, AND
SPECIALIZED LOAN SERVICING, LLC,

    Defendants.

### DEFENDANTS' MOTION FOR EXTENSION OF TIME TO ANSWER
### OR OTHERWISE RESPOND

Pursuant to D.C. Colo. LCivR 6.1 and 7.1, Defendants Computershare, Inc. and Specialized Loan Servicing, LLC ("Defendants") move for a 21-day extension of time, to May 15, 2017, for Defendants to file their Answer or other responsive pleading to Plaintiff's Complaint for Employment Discrimination ("Complaint") [Dkt. #1].

1.    Pursuant to D.C. Colo. LCivR 7.1, counsel for Defendants conferred with *pro se* Plaintiff Andrea Johnston between April 20-24, 2017 about whether Plaintiff would stipulate to a 21-day extension of time for Defendants to answer under Local Rule 7.1. Plaintiff requested a copy of the proposed stipulation, which counsel for Defendants prepared and provided. However, on April 24, Plaintiff provided her position that she "respectfully decline[s] to agree."

2.	Defendants were served with the April 3, 2017 [Dkt. #5, 6.]. Therefore, Defendants' current deadline to answer or otherwise respond is today, April 24, 2017. Fed.R.Civ.P. 12(a)(1)(A)(i).

3.	Undersigned counsel for Defendants has recently been retained and requires additional time to become educated regarding this matter prior to filing an answer or other responsive pleading.

4.	Therefore, in accordance with the length of extension contemplated under Local Rule 6.1(a), Defendants move for a 21-day extension of the current deadline, up to and including May 15, 2017.

5.	No prior extension has been granted for Defendants' answer or other responsive pleading. No party would be prejudiced by the requested extension. No current deadlines in the case would be affected by the proposed extension.

6.	Counsel for Defendants certifies that a copy of this stipulation is being served on her clients.

Dated:  April 24, 2017.

*s/ Jennifer S. Harpole*
Jennifer S. Harpole
LITTLER MENDELSON, P.C.
1900 Sixteenth Street, Suite 800
Denver, CO  80202
Telephone:  303.629.6200
Fax:  303.629.0200
Email:  jharpole@littler.com

ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of April, 2017 a true and correct copy of the foregoing **DEFENDANTS' MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND** was filed and served via CM/ECF and U.S. Mail, postage prepaid on the following:

>Andrea C. Johnston
>6217 South Sterne Parkway
>Littleton, CO 80120
>720-447-2039
>*Plaintiff, pro se*

>>*s/Arlene Aguilar*
>>Arlene Aguilar

Firmwide:147244399.1 999999.5818