# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-00762-STV

ANDREA C. JOHNSTON,

     Plaintiff,

v.

COMPUTERSHARE, INCORPORATED; AND
SPECIALIZED LOAN SERVICING, LLC,

     Defendants.
_____

## ORDER
_____

Magistrate Judge Scott T. Varholak


This matter is before the Court on Defendants' Motion for Extension of Time to Answer or Otherwise Respond (the "Motion"). [#8]  Good cause appearing, the Court hereby **GRANTS** Defendants' Motion.  Defendants Compushare, Inc. and Specialized Loan Servicing, LLC, shall file their response(s) to Plaintiff's Complaint on or before **May 15, 2017**.

     **SO ORDERED**.

DATED:  April 24, 2017          BY THE COURT:

                                    s/Scott T. Varholak
                                United States Magistrate Judge