IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 17-cv-00762-STV

ANDREA C. JOHNSTON,

    Plaintiff,

v.

COMPUTERSHARE, INCORPORATED, and
SPECIALIZED LOAN SERVICING, LLC

    Defendants.

## DEFENDANTS' CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendants Computershare Inc. ("Computershare") and Specialized Loan Servicing LLC ("SLS") state as follows:

Computershare is a nongovernmental corporate party to this proceeding. Computershare is a corporation formed in the State of Delaware. Computershare is wholly owned jointly by Computershare Holdings LLC, a limited liability company formed in the State of Delaware, and Computershare Investments (UK) (No 8.) Limited, formed in the country of England, each of whose ultimate parent is Computershare Limited, a publicly traded company on the Australian securities exchange. Computershare does not issue stock such that no publicly held corporation owns ten percent or more of Computershare's stock.

SLS is a nongovernmental corporate party to this proceeding. SLS is a limited liability company formed in the State of Delaware. SLS is wholly owned by Specialized Loan Servicing

Holdings LLC, a limited liability company formed in the State of Delaware, whose ultimate parent is Computershare Limited, a publicly traded company on the Australian stock exchange. SLS does not issue stock such that no publicly held corporation owns ten percent or more of SLS's stock.

Dated: May 24, 2017            Respectfully submitted,

*s/ Jennifer S. Harpole*
Jennifer S. Harpole
LITTLER MENDELSON, P.C.
1900 Sixteenth Street, Suite 800
Denver, CO 80202
Telephone: 303.629.6200
Fax:  30.629.0200
Email:  jharpole@littler.com

ATTORNEYS FOR DEFENDANTS
COMPUTERSHARE INC. AND
SPECIALIZED LOAN SERVICING, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of May, 2017, a true and correct copy of the foregoing **DEFENDANTS' CORPORATE DISCLOSURE STATEMENT** was filed via CM/ECF and served on the following via U.S. Mail, postage prepaid. The duly signed original is on file at the office of Littler Mendelson, P.C.:

Andrea C. Johnston
6217 South Sterne Parkway
Littleton, CO 80120
PRO SE

*s/ Arlene Aguilar*
Arlene Aguilar

Firmwide:147591777.2 078197.1006