IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 17-cv-00762-CMA-STV

ANDREA C. JOHNSTON,

    Plaintiff,

v.

COMPUTERSHARE, INCORPORATED, and
SPECIALIZED LOAN SERVICING, LLC

    Defendants.

## NOTICE OF ENTRY OF APPEARANCE

Please take notice that Rachelle Hill, of the law firm Littler Mendelson, P.C., enters her appearance on behalf of Defendant Computershare, Incorporated and Specialized Loan Servicing, LLC. Ms. Hill certifies that she is a member in good standing of the bar of this Court.

Dated this 2nd day of June, 2017.

Respectfully submitted,

*s/Rachelle Hill*
Rachelle Hill
Littler Mendelson, P.C.
1900 Sixteenth Street, Suite 800
Denver, Colorado 80202
Telephone: (303) 629-6200
Facsimile: (303) 629-0200
E-mail:  rhill@littler.com

ATTORNEYS FOR DEFENDANTS
COMPUTERSHARE INC. AND
SPECIALIZED LOAN SERVICING, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of June, 2017, a true and correct copy of the foregoing **NOTICE OF ENTRY OF APPEARANCE** was filed via CM/ECF and served on the following via U.S. Mail, postage prepaid:

Andrea C. Johnston
6217 South Sterne Parkway
Littleton, CO 80120
Pro Se Plaintiff

*s/ Arlene Aguilar*
Arlene Aguilar

Firmwide:147937145.1 078197.1006