IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE SCOTT T. VARHOLAK**

| | |
|---|---|
| Courtroom Deputy: Monique Ortiz | FTR - Reporter Deck - Courtroom C 205 |
| Date: June 6, 2017 | Byron G. Rogers United States Courthouse |

Civil Action No. 17-cv-00762-CMA-STV

*Parties*:

ANDREA C. JOHNSTON,

    Plaintiff,

v.

COMPUTERSHARE, INCORPORATED
SPECIALIZED LOAN SERVICING, LLC

    Defendant.

*Counsel*:

Pro Se

Jennifer S. Harpole

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING:   RULE 16(b) SCHEDULING CONFERENCE**
**Court in session:   10:02 a.m.**
Court calls case. Appearance of counsel.

**The following will confirm the actions taken and dates set at the scheduling conference held this date:**
Deadline for Joinder of Parties/Amendment of Pleadings: **July 21, 2017**

Discovery Cut-off: **December 6, 2017**

Dispositive Motions Deadline: **January 5, 2018**

Parties shall designate affirmative experts **on or before October 6, 2017.**

Parties shall designate rebuttal experts **on or before November 6, 2017.**

Parties shall be limited to two **(2)** expert witnesses per side, absent further leave of court.

Each side shall be limited to **ten (10)** depositions, absent further leave of court.

Each side shall be limited to **twenty-five (25)** interrogatories, **twenty-five (25)** requests for production, and **twenty-five (25)** requests for admissions, absent further leave of Court.

No **STATUS CONFERENCE** is set at this time. If the Court determines one is necessary, one will be set by Minute Order. The parties may request a status conference by contacting Chambers (303) 335-2365, preferably as a joint conference call, and request that one be set.

**FINAL PRETRIAL CONFERENCE** is set for **March 12, 2018 at 9:30 a.m.** before Magistrate Judge Scott T. Varholak.  Final Pretrial Order is due **no later than seven (7) days** before the Final Pretrial Conference. (See the court's website **www.cod.uscourts.gov** for Instructions for Preparation and Submission).  In accordance with FED.R.Civ.P. 16(d), the conference shall be attended by at least one of the attorneys who will conduct the trial for each of the parties and by any unrepresented parties.

Counsel and the parties must notify chambers (303-335-2365) at least **3 business days in advance** of any hearing requiring presentation of documentary evidence, so that the courtroom can be equipped with the appropriate electronic technology.

**TRIAL:**  A **Trial Preparation Conference and Trial** will be set at a future date before the Honorable Christine M. Arguello.
The parties anticipate a five (5)  day trial to a jury.

Court advises counsel to review Judge Arguello's practice standards.

Court advises counsel to review its practice standards

- Scheduling Order is signed and entered with interlineations on June 6, 2017.

HEARING CONCLUDED.
**Court in recess:     10:04 a.m.**
Total In-Court Time:     00:02

To order a transcript of this proceeding, contact Stevens-Koenig Reporting at  (303)988-8470.