IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2017 AUG 14  AM 10: 42

JEFFREY P. COLWELL
CLERK

BY_____DEP. CLK

Case No. 17-cv-00762-CMA-STV

ANDREA C. JOHNSTON,

    Plaintiff,

v.

COMPUTERSHARE, INCORPORATED, and
SPECIALIZED LOAN SERVICING, LLC

    Defendants.

---

## STIPULATION OF DISMISSAL WITH PREJUDICE

---

Having reached a settlement agreement with the Defendants in the above referenced matter, Plaintiff Andrea C. Johnston stipulates to the dismissal of this action with prejudice. Each party is to bear its own costs, except as otherwise expressly agreed by the parties.

Respectfully submitted this 14th day of August, 2017.

_____
Andrea C. Johnston, PLAINTIFF PRO SE
6217 South Sterne Parkway
Littleton, CO 80120
Telephone: (720) 447-2039
Email: ajohnston@virtualindeed.com

## CERTIFICATE OF SERVICE

I certify that on August 14, 2017, I served the foregoing to the Attorney for the Defendants, by mailing via United States Postal Service to Jennifer S. Harpole, 1900 Sixteenth Street, Suite 800, Denver, CO 80202.

_____
Andrea C. Johnston, PLAINTIFF PRO SE

| PLAINTIFF PRO SE | ATTORNEY FOR THE DEFENDANTS |
|---|---|
| Andrea C. Johnston<br>6217 South Sterne Parkway<br>Littleton, CO 80120<br>Telephone: (720) 447-2039<br>Email: ajohnston@virtualindeed.com | Jennifer S. Harpole<br>LITTLER MENDELSON, P.C.<br>1900 Sixteenth Street, Suite 800<br>Denver, CO 80202<br>Telephone: (303) 629.6200<br>Fax: (303) 629.0200<br>Email: jharpole@littler.com |